IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

v.

DANE COUNTY CLERK OF
COURTS, DANE COUNTY
COURTHOUSE, HONORABLE
JUDGE STEVEN EBERT and ERIC
OCELOTT MONTES (Clerk),

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-361-slc

This action came for consideration before the court with DISTRCT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      7/   JUL 2 7 2009
Peter Oppeneer, Clerk of Court                           Date